MELINDA HAAG (CSBN 132612)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY RABKIN (CSBN 189798)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>NORMITA CACHAPERO,<br>    Defendant. | No. 10-638 (WHA)<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT FROM SEPTEMBER 8, 2010 TO OCTOBER 5, 2010 |

    The parties appeared before the Honorable Bernard Zimmerman on September 8, 2010. With the agreement of counsel for both parties, the Court finds and holds as follows:

    1. The parties have begun discussing a disposition that will address the charges currently pending in this Court, and currently anticipate the case will be resolved before trial.

    2. The parties agree to an exclusion of time under the Speedy Trial Act from September 8, 2010 to October 5, 2010, in light of defense counsel's unavailability during that time period. Failure to grant the requested exclusion would deny the defendant continuity of counsel.

STIP & [PROP.] ORDER
CR 10-638 (WHA)

1    3. Given these circumstances, the Court finds that the ends of justice served by
2    excluding the period from September 8, 2010 to October 5, 2010 outweigh the best
3    interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
4    Accordingly, and with the consent of the defendant, the period from September 8, 2010 to
5    October 5, 2010, shall be excluded from Speedy Trial Act calculations under 18 U.S.C.
6    §§ 3161(h)(7)(A) and (B)(iv).
7       IT IS SO STIPULATED.

DATED: September 8, 2010

/s/
JEFFREY RABKIN
Assistant United States Attorney

DATED: September 8, 2010

/s/
CLAUDIA QUIROZ, ESQ.
Attorney for Defendant

IT IS SO ORDERED.

DATED: 13 Sept 10

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

STIP & [PROP.] ORDER
CR 10-638 (WHA)