IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-00638 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING REQUEST REGARDING TIMING OF** |
| NORMITA CACHAPERO, | **SENTENCING MEMORANDUM** |
| Defendant. / | |

    On January 6, defense counsel filed a sentencing memorandum on behalf of defendant and a separate request that an order bless counsel's filing of the memorandum based on a recent amended presentence report, as opposed to subsequent to the earlier original report. This order so blesses. Sentencing is set for January 18. There is plenty of time to review the memorandum between now and then.

Dated: January 7, 2011.

                                                         WILLIAM ALSUP
                                                         UNITED STATES DISTRICT JUDGE