IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NORMITA CACHAPERO,<br><br>Defendant.<br>_____/ | No. CR 10-00638 WHA<br><br>**REQUEST FOR RESPONSE FROM GOVERNMENT REGARDING DEFENDANT'S MOTION FOR RETURN OF PASSPORT** |

Defendant has filed a motion for an order that defendant's passport, which was surrendered to the Clerk of Court, be returned to defense counsel. A response is requested from the government by **FEBRUARY 10, 2011, AT NOON**.

Dated: February 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE