1  Jeffrey L. Bornstein (State Bar No. 99358)
   jeff.bornstein@klgates.com
2  Claudia A. Quiroz (State Bar No. 254419)
   claudia.quiroz@klgates.com
3  K&L Gates LLP
   Four Embarcadero Center, Suite 1200
4  San Francisco, CA 94111
   Telephone: (415) 882-8200
5  Facsimile:  (415) 882-8220

6  Attorneys for Defendant
   NORMITA CACHAPERO
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12  UNITED STATES OF AMERICA,              Case No.  CR 10-0638-01 WHA

13                      Plaintiff,         **APPLICATION FOR ORDER
                                           RETURNING DEFENDANT'S
14        v.                               PASSPORT; [PROPOSED] ORDER**

15  NORMITA CACHAPERO,

16                      Defendant.

17

18      Defendant NORMITA CACHAPERO hereby requests that the Court authorize the return of

19  her passport to her counsel, K&L Gates, LLP.  In support of this Application, the undersigned

20  declares:

21      1.    I am the attorney of record for the defendant, Ms. Cachapero.

22      2.    Ms. Cachapero made her Initial Appearance before Magistrate Judge Zimmerman on

23  September 8, 2010 and surrendered her passport to the United States District Court Clerk's Office the

24  next day.

25  ////

26  ////

27  ////

28

APPLICATION FOR ORDER RETURNING DEFENDANT'S PASSPORT; [PROPOSED] ORDER; CASE NO. CR 10-0638-01 WHA                   1

3. Ms. Cachapero was sentenced on January 18, 2011 to one day in prison with credit for time served followed by a three-year period of supervised release. At the sentencing hearing, counsel advised the Court that Ms. Cachapero would seek return of her passport and would submit a proposed order to that effect.

4. Ms. Cachapero is requesting that her passport be returned to her through her counsel K&L Gates, LLP.

5. Ms. Cachapero is aware that she may not use her passport for international travel without the prior consent of the Probation Office and the Court. Counsel is aware of no prohibition that otherwise restricts Ms. Cachapero's right to have her passport returned.

I declare under penalty of perjury that the foregoing is true and correct and executed this 3rd day of February, 2011, at San Francisco, California.

 /s/ Claudia A. Quiroz
CLAUDIA A. QUIROZ
Attorney for Defendant
Normita Cachapero

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Clerk of the Court shall return Ms. Cachapero's passport to her counsel, K&L Gates LLP.

IT IS SO ORDERED.

DATED: February 7, 2011

Honorable William H. Alsup
United States District Court Judge

APPLICATION FOR ORDER RETURNING DEFENDANT'S PASSPORT; [PROPOSED] ORDER; CASE NO. CR 10-0638-01 WHA                    2