Jeffrey L. Bornstein (State Bar No. 99358)
jeff.bornstein@klgates.com
Claudia A. Quiroz (State Bar No. 254419)
claudia.quiroz@klgates.com
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile:  (415) 882-8220

Attorneys for Defendant
NORMITA CACHAPERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>     v.<br><br>NORMITA CACHAPERO,<br><br>                           Defendant. | Case No.  CR 10-0638-01 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING**<br><br>Date:        February 14, 2012<br>Time:        2:00 p.m.<br>Judge:      Hon. William H. Alsup |

1  It is hereby stipulated that subject to the Court's confirming Order that the Status Hearing
2  currently scheduled for February 14, 2012 at 2:00 p.m., shall be continued for one week to
3  February 21, 2012 at 2:00 p.m.  Defendant's counsel has spoken with Probation Officer Insa
4  Bel'Ochi who has no objection to the continuance.  AUSA Jeff Rabkin is no longer with the United
5  States Attorney's Office.  Supervisory Assistant United States Attorney David Callaway advised me
6  that he has no objection to the continuance.

7  Defendant intends to file a motion requesting early termination of her period of supervised
8  release.  Mrs. Cachapero would like to have Faith Bautista, President and CEO of the National Asian
9  America Coalition, present at the hearing in case the Court has any questions regarding the work Mrs.
10 Cachapero has been doing while on supervised release.  Ms. Bautista is not available to attend the
11 hearing on February 14, 2012, but will be available to attend the hearing if it is moved to
12 February 21, 2012.

Respectfully submitted,

K&L GATES LLP

Dated: February 2, 2012        By:    */s/ Jeffrey L. Bornstein*
                                      Jeffrey L. Bornstein
                                      Claudia A. Quiroz
                                      Attorneys for Defendant
                                      Normita Cachapero


UNITED STATES ATTORNEY'S OFFICE


Dated: February 2, 2011        By:    */s/ David R. Callaway* (with permission)
                                      David R. Callaway
                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

# [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT the Status Hearing currently scheduled for February 14, 2012, shall be continued to February 21, 2012 at 2:00 p.m.   The motion hearing for early termination of supervised release will also be continued to February 21, at 2:00 p.m.

IT IS SO ORDERED.

Dated:  February 3, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE