Jeffrey L. Bornstein (State Bar No. 99358)
jeff.bornstein@klgates.com
Claudia A. Quiroz (State Bar No. 254419)
claudia.quiroz@klgates.com
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile:  (415) 882-8220

Attorneys for Defendant
NORMITA CACHAPERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>     v.<br><br>NORMITA CACHAPERO,<br><br>                              Defendant. | Case No.  CR 10-0638-01 WHA<br><br>**[PROPOSED] ORDER GRANTING NORMITA CACHAPERO'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

1   FOR GOOD CAUSE SHOWN, the Court finds that Mrs. Cachapero has completed all of the
2  special conditions of supervision and that she has been making extraordinary efforts to rehabilitate
3  herself to include her volunteer work under the auspices of the National Asian American Coalition on
4  behalf of other homeowners who find themselves in the same predicament that she found herself in at
5  the time of this offense.  The Court finds further that Mrs. Cachapero has completed at least one year
6  of supervised release and that in accordance with 18 U.S.C. § 3583(e)(1) and 18 U.S.C. § 3553(a)
7  that her previously imposed term of supervised release should be terminated.
8   IT IS SO ORDERED.

Dated:   June 13, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE